

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00205-CV

| | | |
|---|---|---|
| Kip Allison | § | From the 342nd District Court |
| v. | | |
| Conglomerate Gas II L.P., Crestview Farm 250 L.P., Crestview Farm, L.L.C., Crestview Farm, L.L.C. "A Montana L.L.C.," Crestview Farm Aiken, L.L.C., The Barnett Shale Water Conservation Co., Conglomerate Gas, L.L.C., Conglomerate Gas I, L.P., Conglomerate Holding L.L.C., Conglomerate Gas III, L.L.C., Dan Meeker Management, Inc., Vancouver Sky Management, L.L.C., Tracy Bolt as Trustee of the David Alan Meeker Family Irrevocable Trust, Thomas Ballard as Trustee of the Dan H. Meeker Children's Irrevocable Trust, and Clifford Ginn | § § § § | of Tarrant County (342-236004-09) August 31, 2015 Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Kip Allison shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston